**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JAMEL DUNCAN,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------X



18 **CIVIL** 7381 (PAE)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2019, defendants' motion to dismiss for lack of prosecution is granted; accordingly, this case is closed.

**Dated:** New York, New York
         January 21, 2020

                                    **RUBY J. KRAJICK**
                                       **Clerk of Court**
                    BY:

                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/21/2020